UST-20 2-97

S. William Manera, Trustee
P.O. Box 44350 Phoenix, AZ 85064
(602) 795-2796

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| MILTON B JEFFS<br>AMKHA L JEFFS | Case No. 09-06013-PHX CGC |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF<br>OF CLAIM AND NOTICE THEREON |

     COMES NOW <u>S. William Manera</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:

No: <u>2</u> filed on: <u>06/11/2009</u>, for $ <u>$261,442.14</u> by or on behalf of:

| Name: | EVERHOME MORTGAGE CO |
|---|---|
| Address: | 8100 NATIONS WAY, JACKSONVILLE, FL 32256 |

Upon the following grounds:

  <u> X </u>  Said claimant asserts a lien on certain property of the debtor's estate and said claimant has or should have looked to said property for payment of the debt thereby secured.

  <u>     </u>  Does not include a copy of the writing upon which it is based; and itemized statement of account; underlying judgement; security agreement and evidence of its perfection; assignment(s) upon which it is based;

  <u>     </u>  Claim was untimely filed, last day to file was:

  <u>     </u>  Appears to include interest or charges accrued after the filing of this case on <u>          </u>.

     The Trustee recommends said claim be treated as:    DISALLOWED

     NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before <u>09/08/2009</u> fifteen days from service plus three (15 +3) days for mailing, the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection with the Clerk of the Court, 230 N 1st Avenue, Room 101, Phoenix, Arizona 85003 and mails a copy thereof to the trustee at: P.O. Box 44350, Phoenix, AZ 85064. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

| | |
|---|---|
| August 19, 2009 | /s/ S. William Manera |
| DATE | S. William Manera, Trustee |